Robert E. MORLEY,
Plaintiff-Respondent,

v.

Robert E. HENSKE,
Defendant-Appellant.

No. 51843.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 17, 1987.

Rehearing Denied June 24, 1987.

Robert E. Henske, pro se.

Robert E. Morley, pro se.

ORDER

PER CURIAM.

The defendant below, Robert E. Henske, appeals from an award of $680 to the respondent, plaintiff below, Robert E. Morley, an attorney, on Morley's quantum meruit claim based on the legal services which he rendered to appellant before his contingent fee contract with appellant was rescinded by mutual agreement. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment. The judgment is affirmed in accordance with Rule 84.-16(b).

Rafael Anthony MENDOZA, Appellant,

v.

MASTERCRAFT UPHOLSTERERS,
INC. and Insurance Company of
North America, Respondents.

No. WD 38920.

Missouri Court of Appeals,
Western District.

May 12, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
June 30, 1987.

Application to Transfer Denied
Sept. 15, 1987.

William R. Merryman, Kansas City, for appellant.

Hollis H. Hanover, Popham, Conway, Sweeny, Fremont & Bundschu, Kansas City, for respondents.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

ORDER

PER CURIAM.

Mendoza appeals from the award of the Labor and Industrial Relations Commission denying compensation of his claim of occupational disease.

Affirmed. Rule 84.16(b).